UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62857-CIV-HURLEY
(CASE NO. 15-60196-CR-HURLEY)

DEVON BELL,
Movant,

v.

UNITED STATES OF AMERICA,
Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the court upon the Movant's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE #1], which was previously referred to the Honorable Patrick A. White, United States Magistrate Judge, for proposed findings and a recommended disposition.

Judge White filed his Report and Recommendation [DE 22] on March 20, 2017, recommending that the motion be denied on all claims. Neither party has since filed any objections to the Report and Recommendation.

Absent objections, the court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. *See Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006), and cases cited *infra*. Having undertaken this review, the Court finds that the Magistrate Judge's findings and recommendations to be sound and well-reasoned, and accordingly approves and adopts them here in full.

It is therefore **ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, dated March 20, 2017 [DE 22] is hereby **APPROVED AND ADOPTED** in full.

2. The movant's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE 1] is **DENIED.**

3. Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability pursuant to 28 U.S.C. § 2253(c) (2) is **DENIED.**

4. The Clerk of Court is directed to enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

5. Pursuant to Rule 58, the Court will enter Final Judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _13_ day of April, 2017.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:
United States Magistrate Judge Patrick White
all counsel